People ex rel. Stern v Maginley-Liddie (2024 NY Slip Op 00255)

People ex rel. Stern v Maginley-Liddie

2024 NY Slip Op 00255

Decided on January 22, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 22, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
JOSEPH J. MALTESE
LINDA CHRISTOPHER
CARL J. LANDICINO, JJ.

2023-12288

[*1]The People of the State of New York, ex rel. Daniel Stern, on behalf of Kevin Gobin, petitioner,
v
Lynelle Maginley-Liddie, etc., et al., respondents.

Daniel Stern, New York, NY, petitioner pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Stacie Ulberg of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Kevin Gobin upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 74931/2022.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CONNOLLY, J.P., MALTESE, CHRISTOPHER and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court